FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0291

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA-23-0291

LITTLE BIG WARM RANCH, LLC,
LARRY H. SMITH and MARK FRENCH

Appellants/Cross Appellees,

v.

WILFRED L. DOLL and CHERI L. DOLL,

Cross-Appellants/Appellees.

LEVI DOLL and SHEILA DOLL,

Intervenors.

**ORDER**

Pursuant to Appellants' and Cross-Appellees' motion for extension to time and good cause appearing,

Appellants and Cross Appellees are given an extension of time until January 17, 2024, to prepare, file and serve Appellants' Reply brief and response to Cross-Appellants' opening brief.

No further extensions will be granted.

cc: Hertha Lund, Monica Tranel, L. Randall Bishopp

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 28 2023